# EXHIBIT 1

| | Chicago Police Department | General Order  G03-03-01 |
|---|---|---|
| | **EMERGENCY VEHICLE OPERATIONS - ELUDING AND PURSUING** | |

| **ISSUE DATE:** | 10 August 2020 | **EFFECTIVE DATE:** | 15 August 2020 |
|---|---|---|---|
| **RESCINDS:** | 09 April 2019 version | | |
| **INDEX CATEGORY:** | 03 - Field Operations | | |
| **CALEA:** | | | |

I. **PURPOSE**

   This directive:

   A. continues procedures, responsibilities, and restrictions for all sworn Department members who become involved with motor vehicle pursuits.

   B. *introduces* :

      1. *procedures, responsibilities, and restrictions for Department members who become involved with eluding vehicles.*

      2. *the CLEAR Eluding Vehicle Incident application.*

      3. *the Eluding Vehicle Incident Report (CPD-22.962).*

   C. continues the:

      1. CLEAR Pursuit Report application

      2. Pursuit Tracking Number

      3. Traffic Pursuit Supplemental Report (CPD-22.959)

      4. Traffic Pursuit Report Continuation Report (CPD-22.960)

      5. Media/Data Request - Office of Emergency Management and Communication (OEMC-109)

      6. Digitally Recorded Data Viewing/Hold/Duplication/Shared Request In-Car Video Systems Chicago Police Department (CPD-65.224).

   D. satisfies the CALEA law enforcement standard in chapter 4 and chapter 41.

II. **GENERAL INFORMATION**

   A. *It is the Chicago Police Department's goal to ensure Department members consider the need for immediate apprehension of an eluding suspect and the requirement to protect the public from the danger created by eluding offenders.*

   B. *The Department will not discipline any member for terminating a motor vehicle pursuit.*

   C. The procedures in this directive provide Department members with guidelines to follow when *involved in an eluding or pursuing incident.* These procedures also serve as a standard for any administrative review of the judgment exercised by the members involved.

   D. Any motor vehicle pursuit that is **NOT** conducted in accordance with this directive will be immediately terminated by the involved Department members or monitoring supervisors.

   E. Department members will follow the procedures outlined in the Department directives titled "In-Car Video Systems," "Radio Communications," and "Body Worn Cameras."

F. *Verbatim text*

*For the purpose of this directive, fleeing or attempting to elude a peace officer as defined in 625 ILCS 5/11-204, occurs when:*

1. *any driver or operator of a motor vehicle who, having been given a visual or audible signal by a peace officer directing such driver or operator to bring his vehicle to a stop, wilfully fails or refuses to obey such direction, increases his speed, extinguishes his lights, or otherwise flees or attempts to elude the officer; and*

2. *the signal given by the peace officer may be by hand, voice, siren, red or blue light. The officer giving such signal shall be in police uniform, and, if driving a vehicle, such vehicle shall display illuminated oscillating, rotating or flashing red or blue lights which when used in conjunction with an audible horn or siren would indicate the vehicle to be an official police vehicle.*

### III. ELUDING WITHOUT A MOTOR VEHICLE PURSUIT

A. *When a motor vehicle pursuit is not initiated, eluding exists after a driver is issued a visual and audible signal to stop and, after a reasonable time to yield, the driver flees by doing any of the following:*

1. *Increases speed;*
2. *Takes evasive actions; or*
3. *Refuses to stop.*

B. *An eluding incident only occurs when the Department member deactivates all emergency equipment and stops following the other vehicle immediately after its driver refuses to pull over and flees.*

C. *If a Department member states that he or she is following a vehicle whose driver has refused to pull over after being signaled to do so, the incident will automatically be classified as a pursuit.*

D. *Eluding vehicle incident procedures*

*If a driver's actions meet the definition of an eluding incident, and no further action was taken to apprehend or stop the vehicle, the member will immediately:*

1. *disengage from the eluding vehicle;*
2. *deactivate all emergency equipment;*
3. *notify the OEMC zone dispatcher;*
4. *complete a CLEAR Eluding Vehicle Incident Report (CPD-22.962) before the end of his or her tour of duty; and*

    **NOTE:** *If warranted, the reviewing supervisor will ensure video of the eluding incident is preserved consistent with the Department directives "Body-Worn Cameras" and "In-Car Video Systems."*

5. *if applicable, complete a Request to Impound a Vehicle by Police (CPD-34.342). Department members will follow procedures consistent with the Department directive titled "Impoundment of Vehicles for Municipal Code Violations."*

    **NOTE:** *Department members must have a license plate or VIN to complete the Request to Impound a Vehicle by Police (CPD-34.342).*

6. *The Eluding Vehicle Incident Report will be forwarded to the unit secretary, who will make one copy for the unit file and forward the original directly to the Commanding Officer, Traffic Section.*

7. *The Commanding Officer, Traffic Section, will review and analyze the Eluding Vehicle Reports and present the findings to the Traffic Review Board.*

IV. **MOTOR VEHICLE PURSUIT POLICY**

    A.    The initiation, continuation, and supervisory authorization of each motor vehicle pursuit must conform to the following **BALANCING TEST** :

        **The necessity to immediately apprehend the fleeing suspect outweighs the level of inherent danger created by a motor vehicle pursuit.**

    B.    When applying the balancing test, members will:

        1.    make a determination whether the:

            a.    speeds involved and the maneuvering practices engaged in permit the Department vehicle operator complete control of the Department vehicle and do not create unwarranted danger to the driver or others;

            b.    volume of pedestrian and vehicular traffic reasonably permits initiating or continuing the pursuit; and

            c.    weather and road conditions reasonably permit initiating or continuing the pursuit.

        2.    consider not initiating or terminating an active motor vehicle pursuit whenever the suspect's identity has been clearly established to the point that later apprehension can be accomplished *without the risk of a pursuit.*

        3.    consider terminating a pursuit whenever a pursued vehicle or pursuing Department vehicle is involved in any property damage traffic crash.

        4.    consider relevant information received from the helicopter support unit.

V. **PROHIBITIONS**

    A.    Members will not engage in a motor vehicle pursuit whenever the most serious offense wanted for is a:

        1.    traffic offense, other than driving under the influence of alcohol and/or drugs; or

        2.    theft (including Possession of Stolen Motor Vehicles).

    B.    Members will not engage in a motor vehicle pursuit while:

        1.    there is an arrestee or non- law-enforcement personnel in the Department vehicle.

        2.    operating squadrols, covert vehicles, vans, other truck chassis vehicles (*including the 2006 and earlier Chevrolet Tahoe models*), motorcycles, and police all-purpose vehicles.

            **NOTE:**    In 2007, Chevrolet significantly redesigned the Police Package Chevrolet Tahoe for police work up to and including high speed emergency vehicle operations. Therefore, Chevrolet Tahoes that meet all of the following specifications may be used in motor vehicle pursuits :

            a.    model year 2007 or newer;

            b.    equipped with two-wheel drive only; and

            c.    equipped with the "Police Package."

VI. **SUPERVISORY RESPONSIBILITIES AND PROCEDURES**

    A.    **At all times during their tours of duty**, field supervisors, district station supervisors, and watch operations lieutenants will continuously monitor the radio to ensure that all motor vehicle pursuits occurring within their respective districts or involving members under their daily supervision are conducted in accordance with this directive.

B. **At all times during their tours of duty**, supervisors of members assigned to field duties that use a city-wide frequency will, whether they are assigned to either station or field duties, continuously monitor the radio to ensure that all motor vehicle pursuits engaged in by members under their supervisory command are conducted in accordance with this directive.

C. *The on-duty Street Deputy, Office of Operations, will be available to monitor pursuits that could potentially cross zone or city-wide frequencies.*

D. The assigned supervisor will be responsible for monitoring and managing *all motor vehicle pursuit activities* until termination, regardless of what geographic areas outside the district of initiation the pursuit may enter, until or unless relieved by a higher-ranking member.

E. If a motor vehicle pursuit is initiated on a city-wide radio frequency, the immediate supervisor of the initiating unit will be assigned to monitor the pursuit. If the immediate supervisor does not respond, any supervisor monitoring that frequency may be assigned to monitor the pursuit, regardless of the supervisor's unit of assignment.

**NOTE:** If no supervisor can be raised on the city-wide frequency, the OEMC dispatcher will immediately assign a supervisor from the district of initiation and notify that supervisor that no supervisor is monitoring the pursuit on the city-wide frequency.

F. If a motor vehicle pursuit continues into another district, the original monitoring supervisor assigned to the district in which the pursuit was initiated will retain primary responsibility for monitoring, reviewing, and, if necessary, terminating the pursuit. However, the supervisors assigned to that additional district will have authority to terminate the pursuit.

G. Any monitoring supervisor, regardless of unit of assignment, who has additional specific knowledge that would necessitate the termination of a motor vehicle pursuit has the authority to do so.

**NOTE:** Once acknowledged by radio call identification number, a nondistrict supervisor not assigned by OEMC who terminates a pursuit will identify himself or herself by rank and name.

H. Once a pursuit is terminated, the termination can be overruled only by a member of higher rank than the one ordering the termination. A higher-ranking supervisor that overrules an order to terminate relieves all supervisors of equal or lesser rank from the duties associated with monitoring and supervising the pursuit.

I. Any motor vehicle pursuit that is **NOT** conducted in accordance with this directive will be immediately terminated by the involved Department members or monitoring supervisors.

J. All supervisors assigned to review a pursuit will review relevant body-worn camera videos, in-car camera videos, *GPS data, and, if available, POD camera footage in the SDSC* room prior to submitting related reports.

## VII. INITIATION OF A MOTOR VEHICLE PURSUIT

A. The decision to initiate a motor vehicle pursuit rests with the individual officer when encountering a motor vehicle operator who refuses to voluntarily stop after having been lawfully directed or signaled to do so. **The Department member will only engage in a** motor vehicle pursuit **when** :

1. *applying the balancing test and other restrictions of this directive;*

2. if in a **marked** vehicle, the emergency-roof lights and siren are activated or, if in an **unmarked** vehicle, the high-beam flashing headlights, siren, and light bars (if equipped) are *activated throughout the duration of the pursuit*; and

3. notification has been made to the OEMC dispatcher regarding the facts concerning the pursuit.

B. An active motor vehicle pursuit will involve **no more than** a primary and secondary pursuit unit unless otherwise authorized by a supervisor. *The assigned secondary pursuit vehicle must be a marked vehicle.* All other units will remain aware of the direction and progress of the pursuit, but will not actively participate and will NOT respond or engage in pursuit paralleling unless specifically authorized to do so.

   **NOTE:** The supervisor assigned to monitor a pursuit may approve requests for additional units to join a pursuit if it appears that the members engaged in the pursuit may not be able to safely effect the arrest of the suspect(s) or offender(s) being pursued once the pursuit terminates.

C. *If the primary pursuit unit is an unmarked vehicle, the secondary pursuit unit will assume the duties of the primary unit as soon as it is safe to do so. The unmarked vehicle will then withdraw from the pursuit and another marked vehicle will be designated as the secondary pursuit vehicle.*

   1. Members, whether operating a marked or unmarked Department vehicle, will apply and adhere to the balancing test and restrictions established under Item *IV* of this directive.

   2. For purposes of this directive, the use of portable oscillating or strobe dashboard or roof lights does not change the designation of an unmarked vehicle to that of a marked vehicle.

D. *Before driving through an intersection, the member operating the vehicle will check for traffic that is approaching or in the intersection.*

E. The following activities are prohibited during a motor vehicle pursuit:

   1. Boxing in;
   2. Caravanning (unless approved consistent with Item *VII-B* of this directive);
   3. Forcing collision;
   4. Overtaking;
   5. Pursuit paralleling (unless approved consistent with Item *VII-B* of this directive);
   6. Ramming;
   7. Roadblocks.

VIII. **RESPONSIBILITIES AND PROCEDURES WHEN A MOTOR VEHICLE PURSUIT IS INITIATED**

   A. Primary Pursuit Unit

      1. The sworn member initiating the pursuit will, in all instances, immediately notify the OEMC dispatcher that a pursuit is in progress and provide the following information:

         a. Radio-call identification number;
         b. The **specific reason for the pursuit**, including known laws violated;
         c. Location, speed, and direction of travel;
         d. Vehicle description, including the state license plate number if known;
         e. Number of occupants;
         f. Any other relevant information.

      2. The initiating unit, when operating a Department vehicle authorized for use as a primary pursuit unit, will serve as the primary pursuit unit unless directed otherwise by a supervisor.

   B. OEMC Dispatcher

1. For units initiating a motor vehicle pursuit on a **district zone frequency**, the OEMC dispatcher will:

    a. immediately clear the air of all radio traffic;

    b. establish the identity of the unit initiating the pursuit;

    c. establish the location, direction of travel, speed, license plate number (if available), and the reason for the pursuit.

    d. immediately assign a district supervisor to monitor the pursuit. Attempts will be made to notify a district supervisor in the following sequence until one is given the responsibility to supervise the pursuit:

        (1) sector, rapid response, or tactical sergeants;

        (2) field operations lieutenant or tactical lieutenant;

        (3) watch operations lieutenant;

        (4) on-duty executive officer or commander.

        **NOTE:** Any supervisor that fails to respond to a minimum of three separate pages in an estimated one minute period will be redlined. After exhausting the above list without response from any of the supervisors, the dispatcher will terminate the pursuit.

    e. notify the district station supervisor.

    f. under the direction of the assigned supervisor, coordinate assistance. The supervisor and primary pursuit unit will be advised of the identity of the secondary pursuit unit.

    g. create an event for the pursuit and record all incoming information on the pursuit and the pursued vehicle.

    h. provide continual updates on the pursued vehicle's location and maintain radio discipline until the pursuit is concluded or terminated.

    i. if the pursuit continues into another district:

        (1) ensure the appropriate zone is notified; *and*

        (2) *notify the on-duty Street Deputy, who will acknowledge to the OEMC dispatcher that he or she is monitoring the motor vehicle pursuit. Once acknowledgement is given, there will be tacit approval for continuation of the pursuit unless the pursuit is ordered to terminate.*

    j. request air support if available.

2. For units initiating a pursuit on a **city-wide frequency**, the OEMC dispatcher will follow the procedures outlined in Items *VIII-B-1* of this directive and:

    a. assign the unit's immediate supervisor to monitor the pursuit. If the unit's immediate supervisor does not respond, assign any supervisor monitoring that frequency.

    b. ensure that the pursuit is immediately simulcast to the appropriate zone(s).

    c. if the pursuit switches to a district zone frequency or district units become involved in the pursuit, assign a district supervisor to monitor the pursuit.

    d. ensure the coordination of information concerning the pursuit between the affected city-wide and district zone frequencies.

C. Secondary Pursuit Unit

1. The secondary pursuit unit will maintain a safe distance behind the primary unit and be close enough to render backup assistance if and when required. The secondary pursuit unit will be responsible for keeping the primary pursuit unit in sight, not the vehicle being pursued.

2. If the primary pursuit unit becomes disabled, the secondary pursuit unit will become the primary pursuit unit. The OEMC dispatcher will advise the assigned supervisor of other units available, and the supervisor will designate the new secondary pursuit unit.

D. Supervisors Assigned to a Motor Vehicle Pursuit

1. *The assigned supervisor must acknowledge to the OEMC dispatcher that he or she is monitoring the motor vehicle pursuit. Once acknowledgement is given, there will be tacit approval for continuation of the pursuit by the assigned supervisor unless the pursuit is ordered to terminate in accordance with the guidelines outlined in this directive.*

2. *if a primary pursuit unit is an unmarked vehicle, ensure:*

    a. *it is replaced with the secondary pursuit unit as soon as it is safe to do so;*

    b. *the unmarked vehicle has withdrawn from the pursuit; and*

    c. *another marked vehicle has been designated as the secondary pursuit unit.*

3. The assigned supervisor and higher-ranking members from the district of initiation, using all available information, will:

    a. **determine if the initiation of the pursuit was authorized and terminate the pursuit if appropriate;**

    b. **continuously apply the balancing test and other restrictions of this directive and terminate the pursuit if appropriate;**

    c. determine if additional units are needed; *and*

    d. *proceed immediately to the scene and assume command and oversight of the scene unless or until relieved by a higher-ranking supervisor.*

    **NOTE:** *If the assigned supervisor is unable to immediately respond, another supervisor from the district of initiation will respond.*

## IX. INTER-JURISDICTIONAL PURSUITS

A. The continuation of a pursuit into another jurisdiction must be approved by the assigned supervisor.

B. The OEMC dispatcher will notify affected law-enforcement agencies when a member continues a pursuit into another jurisdiction. The dispatcher will specify any assistance that will be needed.

C. Members will not become involved in a pursuit initiated by another law-enforcement agency unless specifically authorized by a supervisor. The approving supervisor in such instances will assume responsibility as the assigned supervisor for the pursuit relative to the participating Department personnel. All Department members participating in or supervising pursuits initiated by another agency will adhere to all of the procedures outlined in this directive.

## X. TERMINATION OF MOTOR VEHICLE PURSUITS

A. **A pursuit will be immediately terminated whenever:**

1. an involved Department member determines that the pursuit *no longer conforms* to the balancing test as described in Item *IV* or other restrictions of this directive.

2. an order to terminate the pursuit is given by a supervisor consistent with Item *VI* of this directive.

3. a pursued vehicle or pursuing Department vehicle is involved in any traffic crash in which there is a probability of personal injury;

4. audio communication between the Office of Emergency Management and Communications (OEMC) and the pursuing vehicle is lost.

**NOTE:** In this instance, only those units that lose audio communication with OEMC are required to terminate the pursuit. If the OEMC dispatcher loses audio communication with the primary pursuit unit, the dispatcher will, with the approval of the assigned supervisor, assign the secondary pursuit unit as the primary pursuit unit.

5. the primary pursuit unit loses the vehicle being pursued and the secondary pursuit unit cannot reasonably assume the primary pursuit unit's duties.

B. If the termination of a pursuit results in the unsuccessful apprehension of a fleeing vehicle, the operator of the primary pursuit unit will refer to the Department directive titled "Impoundment of Vehicles for Municipal Code Violations" for possible impoundment of the fleeing vehicle.

## XI. RESPONSIBILITIES AND PROCEDURES WHEN A MOTOR VEHICLE PURSUIT IS TERMINATED

Upon a termination order, a voluntary termination, or the apprehension of the offender:

A. the OEMC dispatcher will:

1. ***immediately*** *simulcast the termination alert to each affected zone frequencies and each city-wide frequency;*

2. notify all units of the termination and ensure that all units involved immediately acknowledge the termination order;

3. simulcast the description of any wanted vehicle and offenders and ensure that the adjacent radio zones are notified; and

4. complete an event record of the pursuit.

B. the members that were actively engaged in the pursuit will:

1. notify OEMC of their location and **remain at that location** until directed by the supervisor assigned to the pursuit;

**EXCEPTION:** *Officers may leave the termination point to respond to an emergency situation occurring within the immediate vicinity but, as soon as practical, they must notify the assigned supervisor and OEMC of the new location and the nature of the emergency.*

2. if acting as the primary pursuit unit

    a. obtain a Pursuit Tracking Number from the Major Accident Investigation Unit; and

    b. submit a CLEAR Pursuit Report and attach relevant documents (e.g., Traffic Pursuit Supplemental Reports, General Offense Case Reports, Arrest Reports, Supplementary Reports).

3. if not acting as the primary pursuit unit, complete a Traffic Pursuit Supplemental Report;

4. ensure the in-car camera video capturing the event is correctly labeled and saved before leaving the termination point or as soon as possible before the end of the tour of duty.

**NOTE:** If the member is physically unable to save the video, the responding supervisor will ensure the video is saved correctly.

5. if not physically able to perform any of the above items, then the assigned supervisor will perform these duties with the information then available.

C. The supervisor assigned to the pursuit will:

1. *ensure that the OEMC dispatcher simulcasted the relevant information to each affected zone and city-wide frequencies that the pursuit was terminated;*

2. immediately proceed to the termination point. If another supervisor was assigned to the termination point, relieve that supervisor and take control of the scene, providing guidance and necessary support;

3. ensure that medical attention is requested for any person who may be injured;

    **NOTE:** *Consistent with the Department directive titled "Traumatic Incident Stress Management Program," the assigned supervisor will notify the affected member's watch operations lieutenant/unit commanding officer if the pursuit resulted in a traffic crash involving serious personal injury or death.*

4. ensure that the driver and all occupants from the pursued vehicle are removed from the scene and transported to a police facility for further investigation or processing;

5. order all members on scene not directly involved in the pursuit or any related investigation to return to their normal duties;

6. ensure that the vehicle operators of all Department vehicles participating in the pursuit complete a CLEAR Pursuit Report or Traffic Pursuit Supplemental Report as soon as practicable but **before** his or her tour of duty is completed;

7. complete the "Supervisor" section of the CLEAR Pursuit Report and any Traffic Pursuit Supplemental Reports and submit the reports to the *watch operations lieutenant* of the district where the pursuit was initiated before his or her tour of duty is completed;

8. ensure a Media / Data Request - Office of Emergency Management and Communications is completed and:

    a. indicate in the "Additional Comments and Information" section of the request that the audio tape is to be forwarded to the Commanding Officer, Traffic Section, Unit 145; and

    b. attach a copy of the request to the CLEAR Pursuit Report.

9. ensure a Digitally Recorded Data Viewing/Hold/Duplication/Shared Request form is completed for a duplication request and:

    a. indicate in the "Additional Remarks and Information" section of the request that the video is forwarded to the Commanding Officer, Traffic Section, Unit 145; and

    b. attach a copy of the request to the CLEAR Pursuit Report.

10. ensure all members equipped with an in-car camera system correctly save and label the pursuit event prior to leaving the termination point or as soon as possible before the end of their tours of duty.

    **NOTE:** If the member is physically unable to save the video, the responding supervisor will ensure the video is saved correctly.

11. flag any body worn camera recordings consistent with the Department directive titled "Body Worn Cameras."

12. if a helicopter was assisting the pursuit, ensure video recordings are processed consistent with Department directives titled "Helicopter Support of Motor Vehicle Pursuits" and "Helicopter Operations Video Systems."

D. The district station supervisor of the district where the pursuit originated will ensure that the district field lieutenant *and* watch operations lieutenant are notified of the pursuit.

E. The *watch operations lieutenant* will complete an administrative review of the CLEAR Pursuit Report and:

1. complete the appropriate section of the CLEAR Pursuit Report and any Traffic Pursuit Supplemental Reports and sign or otherwise approve and submit the reports acknowledging his or her review of the completed reports;

2. if appropriate, initiate Summary Punishment for any violations of this directive resulting from a motor vehicle pursuit when the pursuit will be reviewed at the district level;

3. **not** initiate Summary Punishment for any violations of this directive resulting from a motor vehicle pursuit prior to the review of the pursuit by the Traffic Review Board when the pursuit will be reviewed by the Traffic Review Board;

4. if a Department vehicle involved in the pursuit is towed from the scene due to a *traffic crash* or other circumstances, ensure:

    a. a Help Desk ticket is requested; and

    b. CPIC is notified to request an emergency on-site retrieval consistent with the directive titled "In-Car Video Systems" to preserve for evidence any recordings of the pursuit or Department vehicle crash event.

    **NOTE:** The retrieval request will include that the vehicle was towed, the vehicle description, and pursuit event number.

5. ensure the incident is recorded on the Watch Incident Log (CPD-21.916).

6. *if the pursuit resulted in a traffic crash involving serious personal injury or death, refer the affected member(s) to the* "Traumatic Incident Stress Management Program."

F. Any supervisor who becomes aware of a violation of Department policy or procedures requiring a complaint register investigation will initiate the investigation in accordance with the Department directive titled "Complaint and Disciplinary Procedures."

## XII. EXEMPT LEVEL RESPONSIBILITIES

A. The initiating member's exempt commanding officer will:

1. complete the appropriate section of the CLEAR Pursuit Report and any Traffic Pursuit Supplemental Reports and sign or otherwise approve the reports acknowledging his or her review of the completed reports;

2. if appropriate, initiate Summary Punishment for any violations of this directive resulting from a motor vehicle pursuit when the pursuit will be reviewed at the district level;

3. **not** initiate summary punishment for any violations of this directive resulting from a motor vehicle pursuit prior to the review of the pursuit by the Traffic Review Board when the motor vehicle pursuit will be reviewed by the Traffic Review Board;

4. submit the report and all attachments, **no later than 72 hours after receipt**, to the:

    a. Commanding Officer, Traffic Section; and

    b. exempt commanding member next in the chain of command.

    **NOTE:** A copy will be retained in the unit files in accordance with existing records-retention requirements.

B. The Commanding Officer, Major Accident Investigations Unit, will ensure:

1. a ledger of Pursuit Tracking Numbers is maintained; and

2. Pursuit Tracking Numbers are issued on a 24-hour basis as requested by Department members.

Items indicated by *italics/double underline* have been added or revised.

David O. Brown
Superintendent of Police

19-079 MJC