**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dakotah Earley

                                 Plaintiff,

v.                                                     Case No.: 1:23–cv–00801
                                                    Honorable Nancy L. Maldonado

City of Chicago, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Initial status hearing held on 4/4/2023 via WebEx video conference. The Court sets the following briefing schedule on Defendants' motion to dismiss [14]: Plaintiff's response is due by 5/18/2023; Defendants' reply is due by 6/08/2023. As discussed on the record, the Court will not stay discovery in its entirety pending the resolution of the motion to dismiss. The Court sets the following fact discovery schedule: Rule 26(a)(1) initial disclosures are to be exchanged by 5/15/2023; written discovery may be issued on or after 6/15/2023; fact discovery shall close on 2/15/2024. The Court grants Defendants' oral motion to stay the issuance of interrogatories to the individual Defendants Brown and Lightfoot. Such stay shall remain in effect until 08/30/2023, or the resolution of the motion to dismiss. Finally, Defense Counsel should provide a written response to Plaintiff's settlement demand by 7/15/2023, a longer date to provide for the change in administration. This case is referred to Magistrate Judge Weisman for discovery supervision and for settlement conference, if and when desired. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.